FILED
2023 Jun-07  PM 04:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** } | |
| } | |
| **v.** } | **Case No.:  7:22-cr-270-ACA-NAD** |
| } | |
| **DERRIS DEVON SLEDGE,** } | |
| } | |
| **Defendant.** } | |

## ORDER

On May 8, 2023, the magistrate judge entered a report recommending that the court deny Defendant Derris Devon Sledge's motion to suppress. (Doc. 48). The magistrate judge notified the parties of their right to file objections within fourteen days. (*Id.* at 40–41). The time for objections has passed, and Mr. Sledge has not filed objections.

Having received no objections, and after careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **DENIES** Mr. Sledge's motion to suppress. (Doc. 35).

**DONE** and **ORDERED** this June 7, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE